# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mgonzalez | Date Created: 5/24/2011 |
| Case: 11−07921 | Form ID: b18 | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jeremy T. Wilson | 85 N. Elizabeth Street | Lombard, IL 60148 | |
| jdb | Michelle M. Wilson | 85 N. Elizabeth Street | Lombard, IL 60148 | |
| tr | Brenda Porter Helms, ESQ | The Helms Law Firm, P.C. | 3400 West Lawrence | Chicago, IL 60625 |
| aty | Mark J Stauber | 477 E. Butterfield Road | Suite 103 | Lombard, IL 60148 |
| 16879917 | American Account Advisors | 3904 Cedarvale Drive | Saint Paul, MN 55122 | |
| 16879918 | Apria Healthcare | 1328 S. Highland Avenue | Jackson, TN 38301 | |
| 16879919 | Bank Of America | PO Box 15026 | Willmington, DE 19850 | |
| 16879920 | Capital One Bank USA | Po Box 30281 | Salt Lake City, UT 84130 | |
| 16879921 | Central Dupage Hospital | 25 N. Winfield Road | Winfield, IL 60190 | |
| 16879922 | Chase Bank USA N.A. | 131 S. Dearborn Street, Floor 5 | Chicago, IL 60603 | |
| 16879923 | Chase Card Services | P. O. Box 15298 | Wilmington, DE 19850 | |
| 16879924 | Como Law Firm P.A. | P. O. Box 130668 | St. Paul, MN 55113 | |
| 16879925 | Dupage Medical Group | 1860 Paysphere Circle | Chicago, IL 60674 | |
| 16879926 | Edward Health Ventures | 3471 Eagle Way | Chicago, IL 60678 | |
| 16879927 | Grove Dental Associates | 2 E. 22nd Street, Suite 201 | Lombard, IL 60148 | |
| 16879916 | Mark J Stauber | 477 E Butterfield Road Ste 103 | Lombard, IL 60190 | |
| 16879928 | Medical Business Bureau | 1460 Renaissance Dr, Suite 400 | Park Ridge, IL 60068 | |
| 16879929 | Merchants Credit Guide Co. | 223 W Jackson Blvd. #400 | Chicago, IL 60606 | |
| 16879930 | National City Mortgage | 3232 Newmark Drive | Miamisburg, OH 45342 | |
| 16879931 | State Collection Services | P. O. Box 6250 | Madison, WI 53716 | |
| 16879932 | Summit Clinical Service Inc. | 1761 South Naperville Road, Suite 200 | Wheaton, IL 60189 | |
| 16879933 | The Home Depot/CBSD | P. O. Box 6497 | Sioux Falls, SD 57117 | |
| 16879934 | US Bank | P. O. Box 790084 | St. Louis, MO 63179−0084 | |
| 16879914 | Wilson Jeremy T | 85 N Elizabeth Street | Lombard, IL 60148 | |
| 16879915 | Wilson Michelle M | 85 N Elizabeth Street | Lombard, IL 60148 | |

TOTAL: 25